# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Wright,<br><br>    Plaintiff,<br><br>v.<br><br>HireRight LLC,<br><br>    Defendant. | No. CV-23-00493-PHX-SMM<br><br>**ORDER** |

This matter is before the Court on the Unopposed Motion to Seal Exhibit to Plaintiff's Response to Defendant's Motion to Exclude Expert Testimony of Douglas A. Hollon. (Doc. 60). Plaintiff moves to seal Exhibit A to Plaintiff's Response, (Doc. 60), consistent with the Court's prior Order, (Doc. 52), sealing portions of the material pursuant to the parties' Protective Order. For good cause shown,

**IT IS ORDERED granting** the Unopposed Motion to Seal. (Doc. 60). Exhibit A (Doc. 56-1) to Plaintiff's Response to Defendant's Motion to Exclude Expert Testimony of Douglas A. Hollon will be sealed.

**IT IS FURTHER ORDERED directing** the Clerk of Court to file under seal the above materials.

Dated this 15th day of July, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge