**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel Wright, | No. CV-23-00493-PHX-SMM |
| Plaintiff, | **ORDER SETTING FINAL PRETRIAL CONFERENCE** |
| v. | |
| HireRight LLC, | |
| Defendant. | |

The deadline for the parties to file dispositive motions has passed. This matter appearing ready for trial, a Final Pretrial Conference is scheduled as follows.

**IT IS HEREBY ORDERED** setting the Final Pretrial Conference for May 30, 2025 at 2:00 P.M. in Courtroom 401, on the fourth floor of the Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003. The attorneys who will be responsible for the trial of the case shall attend the Final Pretrial Conference. Counsel shall bring their calendars so that trial scheduling can be discussed.

**IT IS FURTHER ORDERED** that, if this case shall be tried to a jury, the attorneys who will be responsible for the trial of the lawsuit shall prepare and sign a joint <u>Proposed Pretrial Order</u> and file it by <u>May 23, 2025</u>

**IT IS FURTHER ORDERED** that the content of the Proposed Pretrial Order shall include, but not be limited to, that prescribed in the <u>Form of Pretrial Order</u> attached hereto. Statements made shall not be in the form of a question but should be a concise narrative statement of each party's contention as to each uncontested and contested issue. The parties shall also email the joint Proposed Pretrial Order to the chambers e-mailbox at

McNamee_Chambers@azd.uscourts.gov in Microsoft Word format.

**IT IS FURTHER ORDERED** pursuant to Federal Rule of Civil Procedure 37(c) that the Court will not allow the parties to offer any exhibits, witnesses, or other information that were not previously disclosed in accordance with the provisions of this Order and/or the Federal Rules of Civil Procedure and/or not listed in the Proposed Pretrial Order, except for good cause.

**IT IS FURTHER ORDERED** directing the parties to exchange drafts of the Proposed Pretrial Order **no later than seven (7) days before the submission deadline**. In addition, the parties shall exchange marked copies of all exhibits to be used at trial. While meeting to exchange exhibits, the parties shall eliminate any duplicate exhibits. The numbering of the exhibits as listed in the joint Proposed Pretrial Order shall correspond to the numbering of the exhibits at trial.

**IT IS FURTHER ORDERED** that the parties shall file and serve all motions in limine no later than May 9, 2025. Responses to motions in limine are due by May 23, 2025. The motions and responses must be concise and shall not exceed three (3) pages in length. No replies will be permitted. Each motion in limine shall include the legal basis supporting it and the proposed language for the order in limine being sought from the Court. Counsel shall be prepared to address the merits of all motions in limine at the Final Pretrial Conference.

**IT IS FURTHER ORDERED** directing the parties to complete the following tasks by the time of the filing of the Proposed Pretrial Order if they intend to try the case before a jury:

(1)     The parties shall jointly file a short description of the case to be read to the jury.

(2)     The parties shall jointly file a proposed set of voir dire questions. The voir dire questions shall be drafted in a neutral manner. To the extent possible, the parties shall stipulate to the proposed voir dire questions. If the parties have any disagreement about a particular question, the party or parties objecting shall state the reason for their objection below the question.

(3) The parties shall file a proposed set of <u>stipulated</u> jury instructions. The instructions shall be accompanied by citations to legal authority. If a party believes that a proposed instruction is a correct statement of the law, but the facts will not warrant the giving of the instructions, the party shall so state. The party who believes that the facts will not warrant the particular instruction shall provide an alternative instruction with appropriate citations to legal authority.

(4) Each party shall submit a proposed form of verdict to be given to the jury at the end of the trial.

**IT IS FURTHER ORDERED** directing the parties to submit their proposed joint statement of the case, joint voir dire questions, stipulated jury instructions, and proposed form of verdict in Microsoft Word format to the chambers e-mailbox at McNamee_Chambers@azd.uscourts.gov.

**IT IS FURTHER ORDERED** that if the case will be tried to the Court, rather than to a jury, <u>instead of</u> filing a Proposed Pretrial Order, each party shall submit proposed findings of fact and conclusions of law by the same date that the Proposed Pretrial Order is due.

**IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the possibility of settlement, and should settlement be reached, the parties shall file a Notice of Settlement.

**IT IS FURTHER ORDERED** that this Court views compliance with the provisions of this Order as critical to its case management responsibilities and the responsibilities of the parties under Rule 1 of the Federal Rules of Civil Procedure.

Dated this 1st day of April, 2025.

_____
Stephen M. McNamee
Senior United States District Judge