IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Wright,<br><br>        Plaintiff,<br><br>v.<br><br>HireRight LLC,<br><br>        Defendant. | No. CV-23-00493-PHX-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Reconsideration (Doc. 85), and the Parties' Notice of Settlement. (Doc. 86).

Accordingly,

**IT IS ORDERED** that a Stipulation to Dismiss shall be filed on or before May 23, 2025. If a Stipulation to Dismiss has not been filed by this deadline the parties shall file a Status Report to the Court on that date.

**IT IS FURTHER ORDERED denying** Plaintiff's Motion for Reconsideration as moot. (Doc. 85).

**IT IS FURTHER ORDERED vacating** the Final Pretrial Conference scheduled for May 30, 2025.

Dated this 22nd day of April, 2025.

_Stephen M. McNamee_
Stephen M. McNamee
Senior United States District Judge