# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Wright, | No. CV-23-00493-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| HireRight LLC, | |
| Defendant. | |

Before the Court is the Parties' Stipulation to Dismiss. (Doc. 88).

Accordingly,

**IT IS ORDERED dismissing** this action, with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED directing** the Clerk of the Court to terminate this action.

Dated this 30th day of May, 2025.

_____
Stephen M. McNamee
Senior United States District Judge